

**NUMBER 13-07-00355-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**BRYAN BREWER,** **Appellant,**

**v.**

**CAROL L. BREWER,** **Appellee.**

---

**On appeal from the 135th District Court of Victoria County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellants' brief in the above cause was due on September 12, 2007. On September 25, 2007, and again on January 3, 2008, the Court notified appellant that the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant reasonably explained his failure to file the brief and the appellee was not significantly

injured by the failure to timely file the brief. *See* TEX. R. APP. P. 42.3(b),(c). Appellant failed to respond to either notice.

Accordingly, we DISMISS the appeal for want of prosecution and failure to comply with notices from this Court. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 20th day of March, 2008.